# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

November 14, 2014

_____

## RESPONSE REQUESTED

_____

No.    14-2003,         Gordon Properties, LLC v. First Owner's Association
                        1:12-cv-01155-LMB-IDD, 09-18086-RGM

TO:    Sally Ann Hostetler
       Donald Francis King

RESPONSE DUE: 12/01/2014

Response is required to the motion to dismiss appeal. Response must be filed by the response due date shown in this notice.

Jeffrey S. Neal, Deputy Clerk
804-916-2702