FILED: March 10, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-2003
(1:12-cv-01155-LMB-IDD)
(09-18086-RGM)

_____

In re: GORDON PROPERTIES, LLC

      Debtor

------------------------------

GORDON PROPERTIES, LLC

      Plaintiff - Appellant

v.

FIRST OWNERS' ASSOCIATION OF FORTY SIX HUNDRED CONDOMINIUM, INC.

      Defendant - Appellee

_____

O R D E R

_____

The court extends the briefing schedule as follows:

Appendix due: 05/20/2015

Opening brief due: 05/20/2015

Response brief due: 06/22/2015

Any reply brief: 14 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk